UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | NO.: 2:11-CR-82 |
| ) | |
| MARK C. SAWYER ) | |

## ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 20, 2013. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's motion to suppress, [Doc. 86], be denied. [Doc. 111]. The defendant has not filed an objection to this recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 111], and that the motion to suppress, [Doc. 86], be **DENIED**.

E N T E R:

                              s/J. RONNIE GREER
                         UNITED STATES DISTRICT JUDGE